MAX ULRICH, Appellant, v. NORTH GERMAN LLOYD CORPORATION, Respondent. — Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied, without costs. Present — Lazansky, P. J., Young, Kapper, Seeger and Carswell, JJ.

FREDERIK C. H. ARENTZ, Appellant, v. MORSE DRY DOCK AND REPAIR COMPANY, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Rich, Young, Kapper and Hagarty, JJ.

BURNEE CORPORATION, Respondent, v. SAMUEL CHARAP, Appellant.— Order denying motion to dismiss complaint affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Young, Kapper, Hagarty and Seeger, JJ., concur.

JOHN SHERMAN CLARK and JULIA M. CLARK, Respondents, v. THE CITY OF NEW ROCHELLE, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Rich, Kapper, Hagarty and Carswell, JJ.

ANNIE CLEARY, as Administratrix, etc., of JOHN CLEARY, Deceased, Respondent, v. ANTHONY FLORIO, Doing Business under the Firm Name and Style of FLORIO TRUCKING COMPANY, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Rich, Kapper, Seeger and Carswell, JJ.

CORRIE M. DOWSEY, Appellant, v. VILLAGE OF KENSINGTON and Others, Respondents. (Action No. 1.) — Order denying plaintiff's motion to strike out separate defenses in amended answer reversed upon the law, with ten dollars costs and disbursements, and motion granted, with ten dollars costs, upon the ground that they are insufficient in law upon their face. (*Star Co.* v. *Brush*, 185 App. Div. 261; *Board of Education* v. *Van Zandt*, 119 Misc. 124; affd., 204 App. Div. 856; 234 N. Y. 644.) Young, Hagarty and Seeger, JJ., concur; Kapper and Carswell, JJ., dissent and vote to affirm.

CORRIE M. DOWSEY, Appellant, v. VILLAGE OF KENSINGTON and Others, Respondents. (Action No. 2.) — Order granting defendants' motion to compel plaintiff to reply to new matter contained in first and second defenses of amended answer reversed upon the law, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. Young, Hagarty and Seeger, JJ., concur; Kapper and Carswell, JJ., dissent and vote to affirm.

1879 LAND CO., INC., Respondent, v. KATIE BLOCK, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Young, Rich, Kapper, Hagarty and Seeger, JJ.

JOHN ENRIGHT, Respondent, v. MARY A. MUENCH and EMILY E. MUENCH, as Executrices, etc., of BERNHARD MUENCH, Deceased, Appellants.— Order directing bill of particulars, in so far as appealed from, affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Rich, Young, Hagarty and Carswell, JJ., concur.

BENJAMIN GROSSFIELD, Appellant, v. SAMUEL R. COHEN, Respondent. ABE ROSMARIN and Another, Defendants.— Order denying plaintiff's motion for summary judgment affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Young, Kapper, Hagarty and Seeger, JJ., concur.